IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE FUDGE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:14-cv-01923 |
| | : | |
| MICHAEL OVERMYER, et al. | : | Hon. John E. Jones III |
| | : | |
| Respondents. | : | |

ORDER

**March 13, 2015**

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

2. The Clerk of Court is direct to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/John E. Jones III
John E. Jones III
United States District Judge